# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00331-CR

**John Thomas Shewmaker, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**NO. 03-0178-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

After his notice of appeal was received by this Court, the trial court granted John Thomas

Shewmaker=s motion for new trial and dismissed the prosecution.  The appeal is dismissed as moot.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   June 26, 2003

Do Not Publish